# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT, LLC,

          Appellant,

vs.

DITECH FINANCIAL LLC, F/K/A GREEN TREE SERVICING, LLC, A FOREIGN LIMITED LIABILITY COMPANY,

          Respondent.

No. 78977

**FILED**

DEC 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David M. Jones, District Judge
       Persi J. Mishel, Settlement Judge
       Kerry P. Faughnan
       Wolfe & Wyman LLP
       Eighth District Court Clerk

---

[1]Given this dismissal, this court takes no action regarding the December 11, 2019, notice of bankruptcy status.

19-50990